E-FILED
Tuesday, 10 May, 2005  11:19:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**FILED**
MAY - 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-30041 |
| ) | Vio: 18 U.S.C. § 1343 |
| BRUCE BEAMS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## INDICTMENT

The Grand Jury charges:

**COUNTS 1-2**
(Wire Fraud)

*Background*

1.  At all times relevant to this indictment the defendant, Bruce Beams resided and worked in Springfield, Illinois.

2.  At all times relevant to this indictment, Bruce Beams had access to a computer and an internet service provider with which he had an e-mail address, namely, bbgcs@MEGABITZ.net.

*Purpose Of The Scheme*

3.  From about early summer, 2001, and continuing into October, 2001, the defendant,

**BRUCE BEAMS,**

knowingly devised and intended to devise a scheme and artifice to obtain money, by

means of false and fraudulent pretenses, representations and promises, knowing that the pretenses, representations and promises were false and fraudulent when made.

### The Scheme

4. As part of the scheme and artifice, the defendant contacted a person he knew, hereinafter called "Investor" and told Investor that the defendant had a business proposal to make to him. The defendant then represented that he could buy refurbished cellular telephone from an individual he knew in Miami, Florida at a discount.

5. As a further part of the scheme and artifice, the defendant then represented he would sell the phones to customers he knew from his employment for an expected 100% profit.

6. As a further part of the scheme and artifice, the defendant requested Investor to furnish start up money, and not tell anyone about the business opportunity for fear others would try to get involved.

### Acts in Furtherance of the Scheme

7. Investor gave the defendant a total of about $23,000 in furtherance of the scheme and artifice.

8. On or about the dates set forth below, at Springfield, in the Central District of Illinois, for the purpose of executing and attempting to execute the above described scheme and artifice, the defendant, **BRUCE BEAMS,** did transmit and cause to be transmitted in interstate commerce an electronic communication, by means of a

wire communication, namely an "e-mail," from the defendant's computer to Investor's computer utilizing the defendant's internet service provider:

| Count | Date of Wire Communication |
|---|---|
| 1 | September 26, 2001 |
| 2 | October 3, 2001 |

All in violation of Title 18, United States Code, Section 1343.

A TRUE BILL,

s/Foreperson
FOREPERSON

s/Gregory Harris
JAN PAUL MILLER
UNITED STATES ATTORNEY

(PAM)