IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BRUCE BEAMS, | ) | No. 05-30041 |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

**NOW COMES** the Noll Law Office, by its representative, JON GRAY NOLL, an attorney licensed and in good standing in the State of Illinois, and hereby enters its appearance in this proceeding on behalf of Defendant, BRUCE BEAMS.  All future notices and pleadings concerning this matter should be forwarded to the address listed below.

    Respectfully submitted,

    NOLL LAW OFFICE

    By:    /s Jon Gray Noll
           Jon Gray Noll 02060108
           Attorney for Defendant
           Noll Law Office
           802 South Second Street
           Springfield, IL 62704
           Telephone: (217) 544-8441
           Fax: (217) 544-8775
           E-mail: noll@noll-law.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Patricia McInerney
    U. S. Attorney's Office
    318 South 6th Street
    Springfield, IL 62704

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    /s Jon Gray Noll
    Jon Gray Noll 02060108
    Attorney for Defendant
    Noll Law Office
    802 South Second Street
    Springfield, IL 62704
    Telephone: (217) 544-8441
    Fax: (217) 544-8775
    E-mail: noll@noll-law.com