AO 83 (Rev. 12/85) Summons in a Criminal Case

E-FILED
Friday, 03 June, 2005 04:50:52 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

vs.

**Bruce Beams**

**FILED**
JUN - 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number:   05-30041

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
**600 E Monroe, Courtroom 3, Springfield, Illinois**
on
**June 1, 2005 at 3:00 p.m.**
before the
HONORABLE **BYRON G. CUDMORE, US MAGISTRATE JUDGE**

To answer a(n) **Indictment** charging you with a violation of Title **18**, United States Code, Section(s) **1343**.

Brief description of offense:

Wire Fraud

DATE:  **May 6, 2005**

s/John M. Waters

JOHN M. WATERS, CLERK

__s/M Cooke_____
BY:  DEPUTY CLERK

RECEIVED
2005 MAY 10 P 4: 36
US MARSHALS SERVICE
CENTRAL ILLINOIS

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date) |
| Check one box below to indicate the appropriate method of service |

[X] Served personally upon the defendant at: _U.S courthouse, 600 E. Monroe, Springfield, IL._
_Served @ 08:40 am   05/19/05_

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
   Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _05/19/05_                _Steven Beatherage_
             Date                       Name of United States Marshal

                                        _[signature]_
                                        (by) Deputy United States Marshal

Remarks: