IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BRUCE BEAMS, | ) No. 05-30041 |
| | ) |
| Defendant. | ) |

**DEFENDANT'S COMMENTARY ON SENTENCING FACTORS**

**NOW COMES** Defendant, Bruce Beams, by and through his attorney, Noll Law Office, and for his Commentary on Sentencing Factors, submits the following objections, addendums, comments and briefs, pursuant to *Local Rule 32.1*: "Implementation of Sentencing Guidelines," to the Court:

**BACKGROUND**

**Prefatory Comments –** The Defendant's objections, addendums and comments to the Presentence Investigation Report apply to the Presentence Investigation Report dated October 25, 2005, the Defendant's objections thereto dated November 18, 2005, and the Revised Presentence Investigation Report dated November 18, 2005.

**Case History –** The Defendant was charged with two counts of wire fraud by Indictment on May 6, 2005, in violation of 18 U.S.C. § 1343.

On July 20, 2005, the Defendant entered an open plea of guilty to Count 1 as charged in the Indictment and voluntarily surrendered to custody on at date. According to the government, Count 2 will be dismissed at the time of sentencing.

*Coonce* **case – Under** the *Coonce* case, the Defendant acknowledges his requirement to produce evidence when challenging the accuracy and completeness of the

Presentence Investigation Report and the revised Presentence Investigation Report of November 18, 2005.

*Pro Se* **Objections** – The Defendant in this case has been advised that he may present objections, commentary and addendums as are allowable under the *Rone* decision. This allows the Defendant to present to the Court any matters which the Defendant feels have not been presented fully by his defense attorney. Counsel for the Defendant welcomes any *pro se* pleadings by the Defendant in furtherance of his objections to the current sentencing.

**Local rules –** Under the local rules, the defense has conferred with both the U. S. Attorney's Office and the United States Probation Office in an effort to resolve the outstanding objections. All objections have been resolved but for those stated below.

## COMMENTS, OBJECTIONS AND CORRECTIONS PURSUANT TO RULE 32 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

The Defendant has set forth in communications with the Untied States Probation Office a series of objections to the Presentence Investigation. Set forth below is a summary of those issues.

A. **Paragraph 8:** The defendant states that the last two statements in this paragraph are not true.

B. **Paragraph 29:** Mr. Beams states that the amount of $500,000 worth of missing merchandise and revenues is incorrect.

C. **Paragraph 47:** The defendant states that he currently taking insulin, toprol, norvas, avanti, and prilosec. He submits that this information can be verified by CVS Pharmacy on Washington Street in Springfield, Illinois.

D. **Paragraphs 34, 49, 50 and 51:** The information stated in the aforementioned paragraphs has been previously disputed and the information surrounding these alleged incidents have been ordered sealed by U. S. District Judge Mills. We again

contest the validity of the paragraphs, but we do not intend to offer any evidence to the contrary. We wish to state that the defendant is happily married and doing fine.

  **E.**  **Paragraph 32:**  We object to the two point enhancement under U.S.S.G. § 4A1.1(d).

Defendant acknowledges the mandatory special assessment of $100.00.

## ADDITIONAL CONSIDERATIONS

The Defendant would ask that:

  A.  He be given credit for time served.

  B.  This Commentary be sealed, and only made available to those individuals as are necessary to have access to it on appeal, or otherwise as the Court directs;

  C.  If incarceration is ordered by this Court, the Court recommend that the Defendant be incarcerated at a federal correctional facility as close to Springfield, Illinois, as possible, so that his family could make arrangements to visit him on a regular basis;

  D.  Defendant would also request that he be placed in a facility with intensive drug rehabilitation program being available to him; and

  E.  All documents referred to in this Commentary be incorporated by reference as if more fully set forth herein.

## CONCLUSION

The final calculation as to the applicable guideline range will depend upon the Court's rulings on these various points set forth hereinabove.

Defendant, Bruce Beams, respectfully requests this Honorable Court:

1. To sentence this Defendant to the minimum period of incarceration allowable under the guidelines;

3

2. To allow for an evidentiary hearing on all objections contained herein;

3. To allow the Defendant to file any *pro se* objections he desires; and

4. For such other and further relief as this Court deems just and equitable.

        Respectfully submitted,

        Bruce Beams, Defendant

By:    /s Jon Gray Noll
      Jon Gray Noll 02060108
      Attorney for Defendant
      Noll Law Office
      802 South Second Street
      Springfield, IL 62704
      Telephone: (217) 544-8441
      Fax: (217) 544-8775
      E-mail: noll@noll-law.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Patricia McInerney
>U. S. Attorney's Office
>318 South 6th Street
>Springfield, IL 62704

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Bruce Beams
>10213-026
>DeWitt County Jail
>101 West Washington Street
>Clinton, IL 61727

>/s Jon Gray Noll
>Jon Gray Noll 02060108
>Attorney for Defendant
>Noll Law Office
>802 South Second Street
>Springfield, IL 62704
>Telephone: (217) 544-8441
>Fax: (217) 544-8775
>E-mail: noll@noll-law.com